# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2729

_____

United States of America

*Plaintiff - Appellee*

v.

Turner Heinbaugh

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Western

_____

Submitted: July 14, 2026
Filed: August 6, 2026
[Unpublished]

_____

Before LOKEN, L.R. SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Turner Heinbaugh appeals the sentence imposed by the district court[1] after he pleaded guilty to conspiring to commit money laundering pursuant to a plea

---

[1]The Honorable Camela C. Theeler, United States District Judge for the District of South Dakota.

agreement that contained an appeal waiver. His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw, and dismiss the appeal.

_____